

# Fourth Court of Appeals
## San Antonio, Texas

May 18, 2021

No. 04-21-00073-CV

**ST. MARY'S HALL, INC**.,
Appellant

v.

Gabriella **GARCIA**,
Appellee

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CI-11569
Honorable Rosie Alvarado, Judge Presiding

# O R D E R

Appellee's brief is due on May 20, 2021. *See* TEX. R. APP. P. 38.6(b). Before the due date, Appellee filed an unopposed motion to extend the brief due date to June 21, 2021.

Appellee's motion is GRANTED. The brief is due on June 21, 2021.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of May, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court